# Exhibit G

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 14 CR 551 |
| v. | ) | |
| | ) | Judge Harry D. Leinenweber |
| MICHAEL COSCIA | ) | |

**GOVERNMENT'S PRELIMINARY EXHIBIT LIST**

| Government Exhibit | Description | Bates Number |
|---|---|---|
| **RAPID Data** (Physical Exhibit) | Disc of RAPID trading data | PANTH_003 |
| **ARMADA Data** (Physical Exhibit) | Disc of ARMADA trading data | Waiting on production from CME |
| **ICE Data** (Physical Exhibit) | Disc of ICE Futures Europe data | ICE USA-COSCIA 000045 |
| **ICE Summary Charts** (Group Exhibit) | Summary charts for ICE Futures Europe | To be created |
| **Summary Market Statistics Charts** (Group Exhibit) | Summary charts of Market Statistics | To be created |
| **Euro FX Summary Chart** | Summary chart of Euro FX | To be created |
| **T-Bill Summary Chart** | Summary chart of T-Bill | To be created |
| **Corn Summary Chart** | Summary chart of Corn | To be created |
| **CFTC Transcript** | Transcript of the deposition of Michael Coscia before the Commodity Futures Trading Commission (CFTC) on April 30, 2013 | CFTC_001-000013-CFTC_001-000204 |
| **CFTC Exhibit 3** | Background questionnaire on Coscia dated April 24, 2013 | CFTC_001-000206-CFTC_001-000218 |
| **CFTC Exhibit 4** | Panther A activity excerpt spreadsheet | CFTC_001-000205 |
| **CFTC Exhibit 5** | Quote Trader settings | CFTC_001-000222 |

| Government Exhibit | Description | Bates Number |
|---|---|---|
| **CFTC Exhibit 6** | Flash Trader settings | CFTC_001-000221 |
| **CFTC Exhibit 7** | Statements dated August 5, 2011 from New Edge | CFTC_001-000236 |
| **CFTC Exhibit 8** | Statements dated October 18, 2011 from New Edge | CFTC_001-000235 |
| **Note 1** | Handwritten notes of Jeremiah Park | JPark 0000093-116 |
| **Email 1** | Email correspondence between Coscia and Park on June 30, 2011 | JPark 0000038 |
| **Email 2** | Email correspondence between Coscia and Park on July 13, 2011 | JPark 0000034 |
| **Email 3** | Email correspondence between Coscia and Park on August 4, 2011 | JPark 0000066 |
| **Email 4** | Email correspondence between Coscia and Park on August 12, 2011 | JPark 0000061 |
| **Email 5** | Email from Park to Coscia on September 21, 2011 | JPark 0000083 |
| **Email 6** | Email from Park to Coscia on September 21, 2011 | JPark 0000084 |
| **Email 7** | Email correspondence between Coscia and Park on September 26, 2011 | JPark 0000062 |
| **Email 8** | Email from Park to Coscia on September 29, 2011 | JPark 0000098 |
| **Email 9** | Email from Park to Coscia on November 22, 2011 | JPark 0000112 |
| **Quote Trader Settings** | Settings for Quote Trader | CFTC_001-000222 |
| **Flash Trader Settings** | Settings for Flash Trader | CFTC_001-000221 |
| **Counts 1 & 7 Summary Chart** | Summary chart for Counts 1 & 7 | To be created |
| **Counts 2 & 8 Summary Chart** | Summary chart for Counts 2 & 8 | To be created |
| **Counts 3 & 9 Summary Chart** | Summary chart for Counts 3 & 9 | To be created |
| **Counts 4 & 10 Summary Chart** | Summary chart for Counts 4 & 10 | To be created |

| Government Exhibit | Description | Bates Number |
|---|---|---|
| Counts 5 & 11 Summary Chart | Summary chart for Counts 5 & 11 | To be created |
| Counts 6 & 12 Summary Chart | Summary chart for Counts 6 & 12 | To be created |