

| | U.S. Department of Justice | |
|---|---|---|
| | *United States Attorney* | |
| | *Northern District of Illinois* | |
| *Renato Mariotti* | *Dirksen Federal Courthouse* | Direct Line: (312)886-7855 |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | Fax: (312)886-3502 |
| | *Chicago, IL 60604* | E-mail: renato.mariotti@usdoj.gov |

October 14, 2015

Judge Harry D. Leinenweber
219 South Dearborn Street
Chicago, IL 60604

    Re:    *United States v. Michael Coscia*, No. 14 CR 551

Dear Judge Leinenweber:

    We have enclosed the Government's Proposed Jury Instructions, which hew closely to the Pattern Federal Jury Instructions prepared by the Seventh Circuit Committee.

    As the defense noted in a letter submitted to you yesterday, the anti-spoofing statute is not addressed in the Pattern Federal Jury Instructions. Unlike the instruction proposed by the defendant, the government's proposed instruction for the anti-spoofing statute closely follows the plain language of the statute.

    The defendant is once again attempting to relitigate the issues raised in his motion to dismiss, this time under the guise of a proposed jury instruction. This Court found that the anti-spoofing statute was not unconstitutionally vague and declined to constructively amend or to strike down the statute. Defendant's proposed instruction would constructively amend the statute to include additional provisions that appear nowhere in the statute itself. This Court should decline to do so, and instead instruct the jury based upon the text of the statute itself.

                                                               Very truly yours,

                                                               ZACHARY T. FARDON
                                                               United States Attorney

                                 By:    /s/ Renato Mariotti
                                             Renato Mariotti
                                             Assistant United States Attorney

cc: Steven R. Peikin (By CM/ECF)