*United States v. Coscia*, 14 Cr. 551: Defense Trial Exhibits

| Attachment Number | Defense Exhibit |
| --- | --- |
| 1 | 201A |
| 2 | 201B |
| 3 | 201C |
| 4 | 202A |
| 5 | 202B |
| 6 | 202C |
| 7 | 203A |
| 8 | 203B |
| 9 | 203C |
| 10 | 204 |
| 11 | 205 |
| 12 | 206 |
| 13 | 207 |
| 14 | 208 |
| 15 | 209 |
| 16 | 210 |
| 17 | 211 |
| 18 | 212 |
| 19 | 301 |
| 20 | 302 |
| 21 | 303 |
| 22 | 304 |
| 23 | 305 |
| 24 | 306 |
| 25 | 307 |
| 26 | 308 |
| 27 | 309 |
| 28 | 310 |
| 29 | 311 |
| 30 | 321 |
| 31 | 327 |
| 32 | 401 |
| 33 | 402 |
| 34 | 501 |
| 35 | 502 |
| 36 | 503 |
| 37 | 504 |
| 38 | 505 |
| 39 | 506 |
| 40 | 507 |
| 41 | 508 |
| 42 | 509 |
| 43 | 510 |

## *United States v. Coscia*, 14 Cr. 551: Defense Trial Exhibits

| Attachment Number | Defense Exhibit |
| --- | --- |
| 44 | 511 |
| 45 | 512 |
| 46 | 513 |
| 47 | 514 |
| 48 | 515 |
| 49 | 516 |
| 50 | 517 |
| 51 | 518 |
| 52 | 519 |
| 53 | 520 |
| 54 | 521 |
| 55 | 522 |
| 56 | 523 |
| 57 | 524 |
| 58 | 525 |
| 59 | 526 |
| 60 | 527 |
| 61 | 528 |
| 62 | 529 |
| 63 | 530 |
| 64 | 531 |
| 65 | 532 |
| 66 | 533 |
| 67 | 534 |
| 68 | 535 |
| 69 | 536 |
| 70 | 537 |
| 71 | 538 |
| 72 | 539 |
| 73 | 540 |
| 74 | 541 |
| 75 | 542 |
| 76 | 543 |
| 77 | 600 |
| 78 | 601 |
| 79 | 602 |
| 80 | 603 |
| 81 | 3509C |
| N/A | 100 |
| N/A | 101 |