IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-CR-0551 |
| v. | Honorable Harry D. Leinenweber |
| MICHAEL COSCIA, | |

**NOTICE OF PRESENTMENT OF MOTION FOR A NEW TRIAL**

**PLEASE TAKE NOTICE** that on January 15, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for defendant Michael Coscia shall appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Courtroom 1941 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, at 219 S. Dearborn Street, Chicago, Illinois, 60604 and then and there present **Defendant Michael Coscia's Motion For A New Trial**, a copy of which was filed electronically with the Court.

Defendant notes that the Court has already adopted a briefing schedule for this Motion, and set a status hearing/ruling date of May 14, 2019. (*See* 12/10/18 Minute Entry, ECF 216.) Accordingly, in the Court's discretion, it may be appropriate to strike the January 15, 2019 presentment date.

Dated:  January 10, 2019                         /s/    Leonid Feller
                                                                               Leonid Feller
Sunil Shenoi
Benjamin O'Connor
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
leonid.feller@kirkland.com
sunil.shenoi@kirkland.com
benjamin.oconnor@kirkland.com

*Attorneys for Defendant Michael Coscia*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2019, a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF System.

                                                      */s/ Leonid Feller*
                                                     Leonid Feller